UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TONY EDWARD SAVAGE,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:14-cv-00421 |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| **Defendants.** | : |

### STIPULATION OF PARTIAL DISMISSAL

By stipulation, plaintiff Tony Edward Savage, by and through counsel, hereby dismisses, pursuant to Federal Rule of Civil Procedure 41(a), claims brought pursuant to the District of Columbia Human Rights Act within the above-captioned lawsuit with prejudice. All parties to bear their own attorney fees and costs.

Dated: November 20, 2014

Respectfully Submitted,

 /s/ John P. Fatheree
John P. Fatheree [425769]
717 D Street, N.W., Ste. 300
Washington, D.C.  20004
(202) 347-2777

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

1

*/s/ Jonathan H. Pittman*
JONATHAN H. PITTMAN [430388]
Chief, Civil Litigation Division Section III

*/s/ Alex Karpinski*
ALEX KARPINSKI [982184]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov
(202) 724-6649